In re CITY OF NEW YORK. In re LONERGAN. (Supreme Court, Appellate Division, Second Department. January 15, 1904.) In the matter of the application of the city of New York relative to acquiring title to Montgomery street, between the division line of the former town of Flatbush and East New York avenue, in the Twenty-Fourth and Twenty-Ninth Wards of the borough of Brooklyn, in the city of New York. Petition of Edward Lonergan.

PER CURIAM. The court desires a reargument upon the effect of section 1002 of the Greater New York Charter (Laws 1901, p. 428, c. 466). Case set down for Monday, January 25, 1904.

CITY OF NEW YORK, Respondent, v. DE PEYSTER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by the city of New York against John W. De Peyster and others. W. A. Hoar, for appellants. T. Connoly, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw demurrer, and to answer, upon payment of costs in this court and in the court below.

CITY OF NEW YORK, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Term. February 4, 1904.) Action by the city of New York against the Interurban Street Railway Company. From a judgment dismissing the complaint, plaintiff appeals. Reversed. George L. Rives (Arthur F. Cosby and George O'Reilly, of counsel), for appellant. H. A. Robinson (Arthur K. Wing, of counsel), for respondent.

GILDERSLEEVE, J. This case is almost identical with No. 1,023, in which an opinion has been filed. 86 N. Y. Supp. 673. The only differing feature is that on the trial a dispute arose concerning the number of the car in which Mr. Olvany sought to go from Fifty-Ninth street and Sixth Avenue to Tenth street and Hudson street. But the precise number of the car was immaterial. There was no question made but that the car Mr. Olvany took was run by the defendant. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

CITY OF NEW YORK, Respondent, v. MATTHEWS, Appellant. (Supreme Court, Appellate Division. First Department. February 11, 1904.) Action by the city of New York against James Matthews. From a judgment for plaintiff, defendant appeals. Affirmed. Joseph A. Burr, for appellant. Martin Saxe, for respondent.

PER CURIAM. For the reasons stated in the opinion herewith handed down in City of New York v. Streeter, 86 N. Y. Supp. 665, the judgment should be affirmed, with costs.

CLARKE, Appellant, v. STATE INS. CO. OF DELAWARE, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Charles M. Clarke against the State Insurance Company of Delaware. I. L. Miller, for appellant. E. Van Schaick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

COHEN, Appellant, v. SCHNEIDER et al., Respondents. (Supreme Court, Appellate Term. January 25, 1904.) Action by Abraham Cohen against Simon Schneider and others. From a judgment for defendants, plaintiff appeals. Affirmed. Henry Sallant, for appellant. Wilder & Anderson, for respondents.

MacLEAN, J. One Solomon Sashinsky undertook to do for the defendants certain work, specified in detail, and with a provision: "No extra work allowed, unless ordered in writing by the owners." Claiming to have done, at the request of the defendant, certain extra work, he assigned his claim to the plaintiff, who brought this action, in which the defendants contended that the work called extra was within the work specifically undertaken by Sashinsky, and that they had not given the orders or made the requests alleged. Both defenses were made good by the evidence, as was found by the learned justice, whose judgment in favor of the defendants should not be disturbed. Judgment affirmed, with costs to the defendants. All concur.

COLE, Respondent, v. PREFERRED ACCIDENT INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Charles H. Cole against the Preferred Accident Insurance Company of New York. No opinion. Judgment and order affirmed, with costs. See 81 N. Y. Supp. 901.

COLLIER, Respondent, v. COLLIER, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Annie Collier against Robert Collier. No opinion. Order affirmed on the argument, with $10 costs and disbursements.

COLLISTER, Appellant, v. HAYMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by William H. Collister against Albert Hayman and others. M. D. Steuer, for appellant. A. H. Hummel, for respondents. No opinion. Judgment affirmed, with costs.